**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2021-CA-0240

Amy LeBlanc Goodson and William R. Goodson, Jr.

- - Versus - -

City of Zachary and Jelks Construction, LLC

19th Judicial District Court
Case #: 667741
East Baton Rouge Parish

On Application for Rehearing filed on 12/15/2021 By City of Zachary

Rehearing *Denied*

_____
John Michael Guidry

_____
Guy Holdridge

_____
Wayne Ray Chutz

Date **FEB 1 0 2022**

_____
Rodd Naquin, Clerk